IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD GRAY, | : | No. 3:16cv855 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| KIMBERLY-CLARK GLOBAL SALES, LLC; KIMBERLY-CLARK CORPORATION; KIMBERLY-CLARK WORLDWIDE, INC.; KANE WAREHOUSEING, INC.; and KANE IS ABLE, INC., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 30th day of January 2018, the defendants' motion for summary judgment (Doc. 44, 45, 49) is hereby **DENIED**.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court