# CIPRIANI & WERNER

A PROFESSIONAL CORPORATION

---

ATTORNEYS AT LAW

JOHN M. CAMPBELL
jcampbell@c-wlaw.com

450 Sentry Parkway, Suite 200
Blue Bell, PA 19422

Phone: (610) 567-0700
Fax: (610) 567-0712

www.C-WLAW.com

A Mid-Atlantic Litigation Firm

Visit us online at
www.C-WLAW.com

June 18, 2018

**VIA FAX – 570-207-5789**

The Honorable Judge James Munley
United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
Scranton, PA 18503

    RE: *Richard Gray v. Kimberly-Clark Global Sales, LLC, et al*
          U.S.D.C., Middle District of Pa, Case No. 3:16-cv-00855
          Our File No.: 3569-59963B

Dear Judge Munley:

    I am pleased to report that the above referenced matter has been amicably resolved by the parties. Therefore, the Pre-Trial Conferences scheduled for July 11th before Your Honor may be cancelled and the appropriate Order entered by the Court.

    Thank you for your kind consideration.

Respectfully,

John M. Campbell

JCA/mha

    cc: Todd O'Malley, Esquire (via email) – tomalley@omalleylangan.com

---

PENNSYLVANIA o NEW JERSEY o WEST VIRGINIA o DELAWARE o MARYLAND o WASHINGTON, DC o NEW YORK o VIRGINIA