

TODD J. O'MALLEY
MARY ANNE O. LUCAS
THOMAS E. LUCAS, JR.

A PROFESSIONAL CORPORATION

KYLE D. STELMACK
ARMAND E. OLIVETTI, JR.
Of Counsel

September 21, 2018

The Honorable Judge James Munley
United States District Court
Middle District of Pennsylvania

*via electronic filing*

          RE:  <u>Richard Gray v. Kimberly Clark Global Sales, LLC, et al
                Docket #: 3:16-CV-00855-JMM</u>

Dear Judge Munley:

    In follow-up to the conference call held on August 23, 2018 in the above-captioned matter, I hereby provide the following update to the Court with regard to the status of settlement.  While the parties to the pending action intend to be bound by the settlement terms previously outlined, settlement cannot be completed until an agreement is reached with respect to the workers' compensation lien.

    Although the parties have attempted to reach an agreement on the amount of the lien, it appears likely that a ruling from a North Carolina Superior Court judge will be necessary.  Please be advised that Plaintiff prepared and will be filing a Petition with the North Carolina Superior Court to determine the amount of the workers' compensation lien.  We anticipate a hearing date on this Petition no later than November 2018.

                                             Very truly yours,

                                             O'MALLEY & LANGAN, P.C.

                                             Todd J. O'Malley
                                             <u>tomalley@omalleylangan.com</u>

TJO/jmr
cc: John Campbell, Esquire (*via electronic filing*)

REPLY TO: ☐ Pittston Office:
9 North Main Street
Pittston, PA 18640
(570) 883-1321
FAX (570) 883-1250

REPLY TO: ☒ Scranton Office:
The O'Malley & Langan Bldg.
201 Franklin Avenue
Scranton, PA 18503
(570) 344-COMP (2667)
FAX (570) 344-6199

REPLY TO: ☐ Towanda Office:
213 Main Street, 2nd Floor
Towanda, PA 18848
(570) 265-5800