

TODD J. O'MALLEY
MARY ANNE O. LUCAS
THOMAS E. LUCAS, JR.

A PROFESSIONAL CORPORATION

KYLE D. STELMACK
ARMAND E. OLIVETTI, JR.
Of Counsel

April 4, 2019

The Honorable Judge James Munley
United States District Court
Middle District of Pennsylvania

*via electronic filing*

        RE:  Richard Gray v. Kimberly Clark Global Sales, LLC, et al
              Docket #: 3:16-CV-00855-JMM

Dear Judge Munley:

    Pursuant to the Order of March 4, 2019, I hereby provide the following update to the Court with regard to the status of settlement. We received the approval of the North Carolina Industrial Commission for the compromised workers' compensation lien. We provided the executed Release and received the settlement checks from the defense. This matter is now concluded.

                             Very truly yours,

                             O'MALLEY & LANGAN, P.C.

                             Todd J. O'Malley
                             tomalley@omalleylangan.com

TJO/jmr
cc: John Campbell, Esquire (*via electronic filing*)

REPLY TO: ☐ Pittston Office:
9 North Main Street
Pittston, PA 18640
(570) 883-1321
FAX (570) 883-1250

REPLY TO: ☒ Scranton Office:
The O'Malley & Langan Bldg.
201 Franklin Avenue
Scranton, PA 18503
(570) 344-COMP (2667)
FAX (570) 344-6199

REPLY TO: ☐ Towanda Office:
213 Main Street, 2nd Floor
Towanda, PA 18848
(570) 265-5800